AO 91 (Rev. 11/11)   Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
July 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AE_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  **W23-170M** |
| BAILEY WARREN LOWE | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January, 2022** in the county of **McLennan** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

DOMINIC McCABE, TFO-Federal Bureau of Invest.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/27/2023

*Judge's signature*

City and state: Waco, Texas    JEFFREY C. MANSKE, US Magistrate Judge
*Printed name and title*

**SEALED**   W23-170M

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dominic McCabe, being duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been a certified law enforcement officer since May 2011. I am currently assigned to the FBI Austin Child Exploitation and Human Trafficking Task Force located in the Austin Resident Agency of the San Antonio Field Office. I have been so assigned since June 2022 including being assigned to the FBI's Innocent Images National Initiative ("National Initiative"), which investigates, among other violations, individuals suspected of being involved in the online sexual exploitation of children. I have received training in the area of child pornography (as defined in 18 U.S.C. § 2256) and child exploitation, and have, as part of my daily duties as a Task Force Officer assigned to the National Initiative, investigated violations relating to child exploitation and child pornography, including violations pertaining to the possession, distribution, receipt, advertising, and production of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252(a), and 2252A. As part of my duties as a Task Force Officer assigned to the National Initiative, I have had the opportunity to observe and review numerous examples of child pornography in all forms of media, including electronic and computer media. Moreover, I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am authorized by the United States Attorney General to request an arrest warrant.

This affidavit is submitted in support of a criminal complaint against **BAILEY WARREN LOWE** for violation of Title 18, United States Code, Section 2422(b), relating to online enticement.

Title 18, United States Code, Section 2422(b) states that whoever uses any facility of interstate and foreign commerce, to knowingly persuade, induce, entice or coerce, any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be imprisoned for a sentence of ten years to Life.

This affidavit is based on my personal knowledge as well as reports made by other FBI agents and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of the Complaint, it does not contain every fact known to me or other FBI agents.

## FACTS

### Background of Investigation

On or about November 22, 2022, a complainant contacted the Federal Bureau of Investigation (FBI) regarding numerous adult men soliciting nude photographs and videos from a minor using the social media application Snapchat. Minor complied with their requests on more than one occasion, sending explicit images and videos, and met an individual, identified as WARREN, in person to engage in sexual conduct.

On or about November 30, 2022, the minor was interviewed by the FBI concerning the allegations. The minor reported that between approximately December 2021 and January 2022, the subject Snapchat account requested to add the minor using the "quick add" feature on Snapchat, the minor complied. Snapchat is an internet-based application for cell phones and other devices which I know from my training and experience are facilities of interstate and foreign commerce. The subject Snapchat account, blowe1146, used a display name of "Warren." Minor described WARREN as a white male with blonde hair and blue eyes. WARREN initially told the minor he

was 17 years old, but later disclosed his true age, which the minor recalled, was approximately 22 to 23 years old. Minor told WARREN she was 13 years old.

WARREN requested images of the minor displaying her nude breasts and vagina, and the minor complied with his requests. WARREN demanded the minor "send nudes now," placing an emphasis on "now." If the minor were slow to comply, he would become angry, threatening to block or "expose" the minor.

Minor recalled instances in which WARREN requested "nudes," and when she sent pictures of her nude breasts, he would become angry, demanding to see the "other part." Minor stated the "other part" was in reference to her vagina. WARREN also requested videos of the minor inserting her fingers into her vagina. Minor complied with his requests, however, if she refused because she was "on her period," WARREN would become angry and threaten to tell her mother if she did not send the requested videos "as soon as she was off her period." WARREN also instructed the minor to record herself having sex with other people, and send him the videos, while he was deployed. Minor did not comply with his demand, and WARREN became angry and threatened to expose her.

Minor recalled one incident between approximately January and February 2022, when WARREN drove from a location in the Western District of Texas to the minor's great aunt's house in Troup, Texas, to meet the minor in person. WARREN advised the minor to "sneak out" so they could "have fun" and "have sex." When the minor provided the address to WARREN, WARREN advised that he lived two hours away.

When WARREN arrived at the house, minor advised him to park in the field next to the house. She took a kitchen knife with her for protection, in case "he did not let her leave." Minor told WARREN she did not want to get pregnant and was not on birth control, and WARREN

responded, "oh well." Minor described WARREN's vehicle as a four-door pickup truck, possibly silver in color, in good condition. It was dark outside, so she was unable to describe specific details; however, she remembered the backseat was "small." When the minor entered the truck, they "talked" for approximately 10 minutes. They moved into the backseat, where WARREN removed the minor's pajama pants and underwear, and threw them, along with his clothing, onto the floorboard in the backseat. WARREN "laid down" on top of the minor and inserted his penis into her vagina. At one point, minor recalled WARREN asking how old she was, "while he was on top of her." Minor repeated she was 13 years old, and WARREN "freaked out," responding, "oh shoot, well you better not tell no one because I'm 22… you can get me in a lot of trouble… I'm in the Marines." The discussion of minor's age did not stop WARREN, as minor recalled, "he kept going." At one point, WARREN "put her on top of the console" in the front seat, before moving back into the back seat. WARREN did not use a condom. He ejaculated onto minor's stomach, and used her orange hoodie to clean up.

On or about December 6, 2022, a subpoena to Snapchat to obtain subscriber information on the username blowe1146, identified an email address of baileylowe1188@gmail.com, telephone number 903-271-8836, and Snapchat display name of "Warren."

On or about December 12, 2022, investigators further identified the user of Snapchat account blowe1146 as Bailey Warren Lowe with an address in Waco, Texas based on Texas driver's license information.

On about December 29, 2022, a subpoena was served to Google regarding basic subscriber information and IP logs associated with email address baileylowe1188@gmail.com. Google records identified the user of the email address as Bailey Lowe, with a residential address in Waco, Texas.

The minor was last contacted by WARREN via Facebook messenger using Facebook name "Warren Lowe" on May 1, 2023. WARREN wrote, "hmm that's crazy that u would lie to me. Answer."

On May 1, 2023, investigators compared the photos of the Facebook user Warren Lowe to the photo obtained from the Texas Department of Motor Vehicles for Bailey Warren Lowe and confirmed that the two were the same individual who the minor referenced above referred to as WARREN.

### Snapchat Search Warrant Results

On or about May 22, 2023, FBI Austin reviewed results obtained from a Snapchat account related to username blowe1146 as a result of the search warrant executed on May 10, 2022.

Based on the results returned, the user account blowe1146 was created on April 22, 2020, using email address baileylowe1188@gmail.com, telephone number 903-271-8836, and IP address 172.98.86.228. The display name used at time of account creation was Bailey Lowe and sometime later changed to Warren. Based on the information obtained as a result of the legal process sent to Snapchat, investigators identified multiple chat conversations between WARREN and additional victims ranging between 13 to 15 years of age.

On or about July 16, 2023, FBI Austin executed a search warrant at LOWE's residence located in Waco, Texas. During the search, agents located and seized multiple digital devices to include a Samsung Galaxy A10 and an iPhone 11 belonging to LOWE. A forensic review was conducted on both the Samsung and iPhone devices.

### CONCLUSION

Based on the foregoing, there is probable cause to believe that Defendant **BAILEY WARREN LOWE** has committed the offenses set forth in the attached Criminal Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
DOMINIC McCABE, Task Force Officer
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me on the **27TH** day of July, 2023.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE